# Exhibit 4

Funds should be wired to:

| | |
|---|---|
| Bank Name: | WELLSFARGO BANK<br>2714 SMITH ST<br>HOUSTON, TX, 77006 |
| ABA Number: | ▇▇▇0248 |
| Account Name: | JOLLY REALTY CORP. |
| Account Number: | ▇▇▇0514 |
| Reference: | ▇▇▇5627 |

Buyer Name: Land Trust Windridge

Property Address: 9910 Windridge Drive, Fredericksburg, VA 22407