AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES IN ABS 2006-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES IN ABS 2006-A,<br>    Plaintiff,<br>v.<br>CRAIG BUCK, and<br>THE BUCK LAW FIRM, PC,<br>    Defendants, and Third-Party Plaintiffs,<br>v.<br>ALTISOURCE PORTFOLIO SOLUTIONS, INC.,<br>    Third-Party Defendant. | Civil Action No. 3:17-cv-833 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    ALTISOURCE PORTFOLIO SOLUTIONS, INC.
    Serve: Corporation Service Company, Registered Agent
    40 Technology Parkway South, Suite 300
    Norcross, GA 30092

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew Biondi (VSB No. 48100)
    SANDS ANDERSON PC
    1111 East Main Street, Suite 2400 (23219)
    Post Office Box 1998
    Richmond, VA 23218-1998

    Phone: (804) 648-1636
    Facsimile: (804) 783-7291
    E-Mail: abiondi@sandsanderson.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    *CLERK OF COURT*

Date: **January 30, 2018**

    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17cv833

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: