UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEUTSCHE BANK NATIONAL TRUST,
COMPANY, AS TRUSTEE FOR
HOME EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST SERIES
IN ABS 2006-A, HOME EQUITY
MORTGAGE LOAN ASSET BACKED
CERTIFICATES SERIES IN ABS 2006-A        Civil Action No. 3:17-cv-833

          Plaintiff,

v.

CRAIG BUCK, and
THE BUCK LAW FIRM, PC,

          Defendant, and Third-Party Plaintiffs,

v.

ALTISOURCE PORTFOLIO SOLUTIONS, INC.,

          Third-Party Defendant.

**JOINT MOTION TO EXTEND DEADLINES TO RESPOND
TO CRAIG BUCK AND THE BUCK LAW FIRM, PC'S THIRD-PARTY COMPLAINT**

Third-Party Defendant, Altisource Portfolio Solutions, Inc. ("Altisource"), Defendant and Third-Party Plaintiffs, Craig Buck ("Mr. Buck") and The Buck Law Firm, PC ("The Firm") (Mr. Buck and The Firm are collectively referred to as "The Lawyers"), and Plaintiff, Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series in ABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series in ABS 2006-A ("Deustche Bank"), by and through their undersigned counsel, jointly move this Honorable Court for an Order modifying the deadline for Altisource to respond to The Lawyers' Third-Party

Complaint (ECF Nos. 6, 6-1). In light of the recent engagement of counsel for Altisource, the parties jointly request an order modifying the deadlines in this case as follows:

1. Altisource is granted an extension of time until May 1, 2018 to file responsive pleadings to The Lawyers' Third-Party Complaint.

Dated April 9, 2018                    Respectfully submitted,

        ALTISOURCE PORTFOLIO SOLUTIONS, INC.

        By: /s/
        Christopher L. Perkins (VSB No. 41783)
        Scott A. Siegner (VSB No. 89570)
        LeClairRyan, PLLC
        919 E. Main Street, 24th Floor
        Richmond, Virginia 23219
        Telephone: 804.783.7550
        Facsimile: 804.783.7686
        cperkins@leclairryan.com
        scott.siegner@leclairryan.com
        *Counsel for Altisource Portfolio Solutions, Inc.*

        CRAIG BUCK, and
        THE BUCK LAW FIRM, PC

        By: /s/
        Andrew Biondi (VSB No. 48100)
        SANDS ANDERSON PC
        1111 East Main Street, Suite 2400 (23219)
        Post Office Box 1998
        Richmond, VA 23218-1998
        Telephone: (804) 648-1636
        Facsimile: (804) 783-7291
        abiondi@sandsanderson.com
        *Counsel for Craig Buck,*
        *and The Buck Law Firm, PC*

DEUTSCHE BANK NATIONAL TRUST,
COMPANY, AS TRUSTEE FOR
HOME EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST SERIES
IN ABS 2006-A, HOME EQUITY
MORTGAGE LOAN ASSET BACKED
CERTIFICATES SERIES IN ABS 2006-A

By: /s/
D. Kyle Deak, Esq.
Troutman Sanders LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
Telephone: (919) 835-4133
Facsimile: (919) 829-8725
kyle.deak@troutman.com

and

Jessica A. Clark, Esq.
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7729
Facsimile: (757) 657-1510
jessica.clark@troutman.com
*Counsel for Deutsche Bank National
Trust Company, as Trustee for Home
Equity Mortgage Loan Asset-Backed
Trust Series INABS 2006-A, Home
Equity Mortgage Loan Asset-Backed
Certificates Series INABS 2006-A*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2018, I will electronically file the foregoing using the CM/ECF system, which will then send a notification of such filing to:

Andrew Biondi (VSB No. 48100)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, VA 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
abiondi@sandsanderson.com
*Counsel for Craig Buck,*
*and The Buck Law Firm, PC*

D. Kyle Deak, Esq.
TROUTMAN SANDERS LLP
434 Fayetteville Street, Suite 1900
Raleigh, NC 27601
Telephone: (919) 835-4133
Facsimile: (919) 829-8725
kyle.deak@trouthman.com

and

Jessica A. Clark, Esq.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7729
Facsimile: (757) 657-1510
jessica.clark@trouthman.com
*Counsel for Deutsche Bank National Trust*
*Company, as Trustee for Home Equity*
*Mortgage Loan Asset-Backed Trust Series*
*INABS 2006-A, Home Equity Mortgage Loan*
*Asset-Backed Certificates Series INABS 2006-*
*A*

By: /s/
Christopher L. Perkins (VSB No. 41783)
LeClairRyan, PLLC
919 E. Main Street, 24th Floor
Richmond, Virginia 23219
Telephone: 804.783.7550
Facsimile: 804.783.7686
cperkins@leclairryan.com