UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEUTSCHE BANK NATIONAL TRUST,
COMPANY, AS TRUSTEE FOR
HOME EQUITY MORTGAGE LOAN
ASSET-BACKED TRUST SERIES
IN ABS 2006-A, HOME EQUITY
MORTGAGE LOAN ASSET BACKED
CERTIFICATES SERIES IN ABS 2006-A        Civil Action No. 3:17-cv-833

          Plaintiff,

v.

CRAIG BUCK, and
THE BUCK LAW FIRM, PC,

          Defendant, and
          Third-Party Plaintiffs,

v.

ALTISOURCE PORTFOLIO SOLUTIONS, INC.,

          Third-Party Defendant.

### [PROPOSED] ORDER TO EXTEND THE DEADLINE TO RESPOND TO CRAIG BUCK AND THE BUCK LAW FIRM, PC'S THIRD-PARTY COMPLAINT

Upon consideration of the Joint Motion to Extend the Deadline to Respond to Craig Buck and the Buck Law Firm, PC's Third-Party Complaint submitted by Third-Party Defendant, Altisource Portfolio Solutions, Inc. ("Altisource"), Defendant and Third-Party Plaintiffs, Craig Buck ("Mr. Buck") and The Buck Law Firm, PC ("The Firm") (Mr. Buck and The Firm are collectively referred to as "The Lawyers"), and Plaintiff, Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series in ABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series in ABS 2006-A ("Deustche Bank"), and for good cause shown, it is hereby ORDERED that:

2

      Altisource is granted an extension of time until May 1, 2018 to file responsive pleadings to The Lawyers' Third-Party Complaint.

      It is so ORDERED.

      Let the Clerk send a copy of this Order to all counsel of Record.

Date: _____        _____
Richmond, VA      M. Hannah Lauck
     United States District Judge