UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DEUTSCHE BANK NATIONAL TRUST,**
**COMPANY, AS TRUSTEE FOR**
**HOME EQUITY MORTGAGE LOAN**
**ASSET-BACKED TRUST SERIES**
**IN ABS 2006-A, HOME EQUITY**
**MORTGAGE LOAN ASSET BACKED**
**CERTIFICATES SERIES IN ABS 2006-A**
    *Plaintiff,*

        v.                                    Civil Action No. 3:17-cv-833

**CRAIG BUCK, and**
**THE BUCK LAW FIRM, PC,**
    *Defendants and Third-Party Plaintiffs,*

        v.

**ALTISOURCE PORTFOLIO SOLUTIONS, INC.,**
    *Third-Party Defendant.*

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that Scott A. Siegner, Esq., withdraws as counsel of record for Altisource Portfolio Solutions, Inc. ("Third-Party Defendant"). Mr. Siegner is no longer associated with the law firm of LeClairRyan, P.C. Third-Party Defendant will continue to be represented by Christopher L. Perkins, Esq. of LeClairRyan, P.C

Respectfully submitted,

By: /s/ Scott A. Siegner

Scott A. Siegner (VSB No. 89570)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.: (804) 663-2342
Fax:  (804) 225-8641
E-mail:  scott.siegner@ogletree.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2019, I electronically filed the foregoing *Notice of Withdrawal as Counsel* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/ Scott A. Siegner
Scott A. Siegner (VSB No. 89570)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.: (804) 663-2342
Fax:  (804) 225-8641
E-mail:  scott.siegner@ogletree.com