IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST )<br>COMPANY, AS TRUSTEE FOR )<br>HOME EQUITY MORTGAGE LOAN )<br>ASSET-BACKED TRUST SERIES )<br>IN ABS 2006-A, HOME EQUITY )<br>MORTGAGE LOAN ASSET-BACKED )<br>CERTIFICATES SERIES IN ABS 2006-A )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CRAIG BUCK, and )<br>THE BUCK LAW FIRM, PC, )<br>)<br>Defendants. ) | Civil Action No. 3:17-cv-833 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-A ("Plaintiff") and Defendants Craig Buck and The Buck Law Firm, PC (collectively, "Defendants"; together with Plaintiff, "the Parties"), by counsel, hereby submit this Notice to the Court that all matters at issue between the Parties in the present action have been settled and a Confidential Settlement and Release Agreement is being circulated for execution. The Parties are in the process of implementing the settlement terms and expect to submit to the Court a Joint Stipulation of Dismissal within 60 days.

1

Dated: October 7, 2019  Respectfully submitted,

  /s/ D. Kyle Deak
D. Kyle Deak (VSB No. 65391)
TROUTMAN SANDERS LLP
305 Church at North Hills Street, Suite 1200
Raleigh, North Carolina 27609
Telephone: (919) 835-4133
Fax: (919) 829-8725
Kyle.deak@troutmansanders.com

*Attorney for Plaintiff Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-A*

  /s/ Christopher K. Jones
Christopher K. Jones (VSB No. 75051)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, Virginia 23218-1998
Phone: (804) 648-1636
Facsimile: (804) 783-7291
cjones@sandsanderson.com

*Attorney for Defendants Craig Buck and the Buck Law Firm, PC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2019, I electronically filed the foregoing *Joint Notice of Settlement* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

    /s/ D. Kyle Deak
D. Kyle Deak (VSB No. 65391)
TROUTMAN SANDERS LLP
305 Church at North Hills Street, Suite 1200
Raleigh, North Carolina 27609
Telephone: (919) 835-4133
Fax: (919) 829-8725
Kyle.deak@troutmansanders.com

*Attorney for Plaintiff Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series INABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificates Series INABS 2006-A*