IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST SERIES IN ABS 2006-A, HOME EQUITY MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES IN ABS 2006-A ) ) ) ) ) ) ) ) | Civil Action No. 3:17-cv-833 |
| Plaintiff, ) ) ) | |
| v. ) ) | |
| CRAIG BUCK, and THE BUCK LAW FIRM, PC, ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL AND FINAL DISMISSAL ORDER

Pursuant to Fed. R. Civ. P. 41(a) the plaintiff, Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust Series in ABS 2006-A, Home Equity Mortgage Loan Asset-Backed Certificate Series in ABS 2006-A, by counsel, and the defendant, Craig Buck and The Buck Law Firm, PC, by counsel, hereby stipulate that this action be dismissed with prejudice in its entirety.

Accordingly, for good cause shown, this action shall be, and it hereby is, DISMISSED WITH PREJUDICE in its entirety.

ENTERED this 30 day of October 2019.

                                        Honorable M. Hannah Lauck
                                        United States District Judge
                                        United States District Court

We ask for this:



SO ORDERED
/s/
M. Hannah Lauck
United States District Judge

/s/
Andrew Biondi (VSB No. 48100)
Christopher K. Jones (VSB No. 75051)
SANDS ANDERSON PC
1111 East Main Street, Suite 2400 (23219)
Post Office Box 1998
Richmond, VA 23218-1998
Phone: (804) 648-1636
Facsimile: (804) 783-7291
cjones@sandsanderson.com
abiondi@sandsanderson.com
*Counsel for Defendants*


/s/
D. Kyle Deak, Esq. (VSB No. 65391)
Troutman Sanders LLP
305 Church at North Hills Street, Suite 1200
Raleigh, NC 27609
Phone: (919)8335-4133
Facsimile: (919)829-8725
kyle.deak@troutman.com
*Counsel for Plaintiff*

2